1  Dana N. Gwaltney, SBN 209530
   Sara J. Romano, SBN 227467
2  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
3  San Francisco, CA  94104
   Telephone:   (415) 544-1900
4  Facsimile:    (415) 391-0281

5  Attorneys for Defendants
   GUIDANT CORPORATION, GUIDANT SALES CORPORATION,
6  and CARDIAC PACEMAKERS, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       (SAN FRANCISCO DIVISION)

11 | LORRAINE FURTADO, DENNIS FOUGHT,   ) | Case No. C:05-3160 MHP
   | THOMAS PAGE, and CARMEL FUNSTON,   )
12 | on behalf of themselves and all others similarly ) | (Related to Case No. C:05-3042 MHP)
   | situated,                           )
13 |                                     )
   |             Plaintiffs,             ) | STIPULATION AND [PROPOSED]
14 |                                     ) | ORDER FOR EXTENSION OF TIME TO
   |       v.                            ) | ANSWER OR OTHERWISE RESPOND TO
15 |                                     ) | PLAINTIFFS' COMPLAINT AND TO
   |                                     ) | CONFER REGARDING ADR PROCESS
16 | GUIDANT CORPORATION, GUIDANT       ) | SELECTION
   | SALES CORPORATION, and CARDIAC     )
17 | PACEMAKERS, INC.,                   )
   |                                     )
18 |             Defendants.             )
   |                                     )
19 |                                     )
   |                                     )
20 |                                     )

21

22         IT IS HEREBY STIPULATED by and between the parties through their designated

23 counsel that the deadline for Defendants to answer or otherwise respond to Plaintiffs' Complaint

24 shall be extended pending a transfer decision by the Judicial Panel on Multidistrict Litigation

25 ("JPML").

26         IT IS HEREBY FURTHER STIPULATED that the deadline for the parties to confer

27 regarding ADR process selection and to file related ADR pleadings pursuant to ADR L.R. 3-5 and

28 Civil L.R. 16-9 shall be extended pending a transfer decision by the JPML.

1  In a number of cases pending against Defendants in federal courts in various states,
2  plaintiffs have filed motions to transfer and to consolidate their cases under 28 U.S.C. 1407 in the
3  proceedings entitled *In re: Guidant Corp. Implantable Defibrillators Products Liability Litigation*,
4  MDL Docket No. 1708. A hearing on these motions was held before the JPML on September 29,
5  2005. The parties anticipate a ruling in the near future and expect that this case will be transferred to
6  a jurisdiction which will oversee the coordinated proceedings. In the short intervening time between
7  now and a determination by the JPML on whether to grant those motions, the time and resources of
8  the parties should not be expended in answering or responding to the complaint or in submitting to
9  ADR.

10  Pursuant to this stipulation, the deadline by which Defendants must answer or
11  otherwise respond to the Complaint in this action is as follows: (a) if those motions to transfer and
12  consolidate are *granted* by the JPML, a deadline set by the transferee court; or (b) if those motions
13  are *denied* by the JPML, thirty (30) days after such denial.

14  Additionally, pursuant to this stipulation, in the event that the motions to transfer are
15  *denied* by the JPML, the parties agree to confer regarding ADR process selection and to file related
16  ADR pleadings pursuant to ADR L.R. 3-5 and Civil L.R. 16-9 within thirty (30) days of such denial.

17  October 12, 2005

Respectfully submitted,

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, L.L.P.

By: _____
ELIZABETH J. CABRASER
LORI E. ANDRUS
TODD A. WALBURG

Attorneys for Plaintiffs
LORIANNE FURTADO, DENNIS
FOUGHT, THOMAS PAGE, and
CARMEL FUNSTON, on behalf of
themselves and all others similarly
situated.

93780v2

STIPULATION AND [PROPOSED] ORDER REGARDING ADR PROCESS SELECTION
CASE No C:05-3160 MHP

2

| | | |
|---|---|---|
| 1 | October 12, 2005 | Respectfully submitted, |
| 2 | | SHOOK, HARDY & BACON L.L.P. |
| 4 | | By: _/s/ Dana N. Gwaltney_ |
| 5 | | DANA N. GWALTNEY<br>SARA J. ROMANO |
| 6 | | Attorneys for Defendants<br>GUIDANT CORPORATION,<br>GUIDANT SALES CORPORATION,<br>and CARDIAC PACEMAKERS, INC. |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 13, 2005

_/s/ Marilyn H. Patel_
THE HONORABLE Judge Marilyn H. Patel