**FILED**

OCT 1 7 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1. Dana N. Gwaltney, SBN 209530
   Sara J. Romano, SBN 227467
2. SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
3. San Francisco, CA 94104
   Telephone:  (415) 544-1900
4. Facsimile:  (415) 391-0281

5. Attorneys for Defendants
   GUIDANT CORPORATION, GUIDANT SALES CORPORATION,
6. and CARDIAC PACEMAKERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| LORRAINE FURTADO, DENNIS FOUGHT, THOMAS PAGE, and CARMEL FUNSTON, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GUIDANT CORPORATION, GUIDANT SALES CORPORATION, and CARDIAC PACEMAKERS, INC., <br><br> Defendants. | Case No. C:05-3160 MHP <br><br> (Related to Case No. C:05-3042 MHP) <br><br> STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT AND TO CONFER REGARDING ADR PROCESS SELECTION |

IT IS HEREBY STIPULATED by and between the parties through their designated counsel that the deadline for Defendants to answer or otherwise respond to Plaintiffs' Complaint shall be extended pending a transfer decision by the Judicial Panel on Multidistrict Litigation ("JPML").

IT IS HEREBY FURTHER STIPULATED that the deadline for the parties to confer regarding ADR process selection and to file related ADR pleadings pursuant to ADR L.R. 3-5 and Civil L.R. 16-9 shall be extended pending a transfer decision by the JPML.

1  In a number of cases pending against Defendants in federal courts in various states, plaintiffs have filed motions to transfer and to consolidate their cases under 28 U.S.C. 1407 in the proceedings entitled *In re: Guidant Corp. Implantable Defibrillators Products Liability Litigation*, MDL Docket No. 1708. A hearing on these motions was held before the JPML on September 29, 2005. The parties anticipate a ruling in the near future and expect that this case will be transferred to a jurisdiction which will oversee the coordinated proceedings. In the short intervening time between now and a determination by the JPML on whether to grant those motions, the time and resources of the parties should not be expended in answering or responding to the complaint or in submitting to ADR.

Pursuant to this stipulation, the deadline by which Defendants must answer or otherwise respond to the Complaint in this action is as follows: (a) if those motions to transfer and consolidate are *granted* by the JPML, a deadline set by the transferee court; or (b) if those motions are *denied* by the JPML, thirty (30) days after such denial.

Additionally, pursuant to this stipulation, in the event that the motions to transfer are *denied* by the JPML, the parties agree to confer regarding ADR process selection and to file related ADR pleadings pursuant to ADR L.R. 3-5 and Civil L.R. 16-9 within thirty (30) days of such denial.

October 12, 2005                            Respectfully submitted,

                                            LIEFF, CABRASER, HEIMANN &
                                            BERNSTEIN, L.L.P.

                                            By: _____
                                                ELIZABETH J. CABRASER
                                                LORI E. ANDRUS
                                                TODD A. WALBURG

                                            Attorneys for Plaintiffs
                                            LORIANNE FURTADO, DENNIS
                                            FOUGHT, THOMAS PAGE, and
                                            CARMEL FUNSTON, on behalf of
                                            themselves and all others similarly
                                            situated.

1 | October 12, 2005

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: _____
DANA N. GWALTNEY
SARA J. ROMANO

Attorneys for Defendants
GUIDANT CORPORATION,
GUIDANT SALES CORPORATION,
and CARDIAC PACEMAKERS, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/14/05

_____
THE HONORABLE MARILYN H. PATEL