```
                                        FILED

                                        JAN - 3 2006

                                        RICHARD W. WIEKING
                                        CLERK, U.S. DISTRICT COURT
                                        NORTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE FURTADO, | No. C 05-03160 MHP |
| Plaintiff(s), | **ORDER** |
| v. | |
| GUIDANT CORPORATION, | |
| Defendant(s). | |

This matter having been stayed pending other proceedings, and there being no further reason at this time to maintain the file as an open one for statistical purposes, the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

Nothing contained in this minute entry shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this entry had not been entered.

Dated: 1/3/06

MARILYN HALL PATEL
United States District Judge